IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DAVID RAY VAUGHN, )
 )
       Plaintiff, )
 )
Vs. ) Case No. CIV-17-941-M
 )
JAILER PERRY, et al, )
 )
       Defendant. )

## ORDER

On September 26, 2017, Magistrate Judge Gary Purcell issued a Report and Recommendation in this action in which the Plaintiff alleged various violations of his civil rights pursuant to 42 U.S.C. § 1983. The Plaintiff was advised of his right to object to the Report and Recommendation. The mail sent by the Court Clerk to the Plaintiff at his last known address was returned to the Court[Docket nos. 8 and 8-1]. A review of the court file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on September 26, 2017; and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 24th day of October, 2017.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE